UNITED STATES DISTRICT COURT
MIDDLE DISTRICT OF PENNSYLVANIA

| | |
|---|---|
| UNITED STATES OF AMERICA | : Criminal No. |
| -vs- | : 29 USC § 439(c) (one count) |
| ROBERT VARGESON, Defendant | : ( , J.) |

## INFORMATION

THE UNITED STATES ATTORNEY CHARGES:

## COUNT I

1. At all times material to this Information Communications Workers of America (CWA) Local 88329 was a labor organization engaged in an industry affecting commerce and subject to the Labor Management Reporting and Disclosure Act of 1959, 29 USC § 401, et seq, required to file an Annual Financial (LM series) Report with the Secretary of Labor.

2. On or about September of 2012, and continuing until on or about March of 2013, in the Middle District of Pennsylvania, the Defendant,

## ROBERT VARGESON

was the Local's treasurer and did willfully make a false entry in a record required to be kept by Section 436 of Title 29, United States Code, that is the Local's financial records, a record on matters required to be reported in the annual Financial Report of Communications Workers of America (CWA) Local 88329 which was required to be filed with the Secretary of Labor for such labor organization's fiscal year ending on December 31, 2012 through December 31, 2013 and concealed the fact that the Defendant embezzled approximately $6,373 from the Local.

All in violation of Title 29, United States Code, Section 439(c).

Date: 4/14/14

PETER J. SMITH
United States Attorney